No. 66221.—Handcraft from Europe v. United States, protests 60/7352 and 60/7353 (San Francisco).

Opinion by FORD, J. In accordance with oral stipulation of the respective parties that the merchandise consists of fabrics with fast edges, not over 12 inches wide, wholly or in chief value of cotton, the claim of the plaintiff was sustained.